```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 29420
   KIMBER LEIGH EBERT
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2947

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/26/2005 and was confirmed 09/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 08/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                  PAID           PAID
--------------------------------------------------------------------------------
AMERICAN RECOVERY SYSTEM   UNSECURED       NOT FILED              .00              .00
AMERICASH LOANS LLC        UNSECURED       NOT FILED              .00              .00
CHECK N GO                 UNSECURED       NOT FILED              .00              .00
MCSI                       UNSECURED          964.70              .00           964.70
PREMIER BANCARD CHARTER    UNSECURED          408.97              .00           408.97
HSBC                       UNSECURED         1022.22              .00          1022.22
ILLINOIS TITLE LOANS       UNSECURED       NOT FILED              .00              .00
LOREN LESNER DDS           UNSECURED       NOT FILED              .00              .00
MUTUAL HOSPITAL            UNSECURED       NOT FILED              .00              .00
NEW LEAF RESOURCES         UNSECURED       NOT FILED              .00              .00
ILLINOIS SECRETARY OF ST   NOTICE ONLY     NOT FILED              .00              .00
MUTUAL HOSPITAL            FILED LATE         683.47              .00              .00
SUPERIOR PAYDAY LOAN       UNSECURED       NOT FILED              .00              .00
THOMAS CHUNG MD            UNSECURED       NOT FILED              .00              .00
UNITED AUTO CREDIT         UNSECURED         8448.51              .00          8448.51
ALDER & ASSOCIATES         NOTICE ONLY     NOT FILED              .00              .00
VILLAGE OF MATTESON        UNSECURED       NOT FILED              .00              .00
ARMOR SYSTEMS CORP         NOTICE ONLY     NOT FILED              .00              .00
WELLGROUP HEATLTHPARTNER   UNSECURED       NOT FILED              .00              .00
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                          2,700.00
TOM VAUGHN                 TRUSTEE                                               779.78
DEBTOR REFUND              REFUND                                                187.67

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 14,511.85

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                         10,844.40

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 29420 KIMBER LEIGH EBERT
```

```
ADMINISTRATIVE                                              2,700.00
TRUSTEE COMPENSATION                                          779.78
DEBTOR REFUND                                                 187.67
                                       ---------------    ---------------
TOTALS                                      14,511.85          14,511.85
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/27/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE